LIBERTY TITLE AND TRUST COMPANY et al., executors, &c., complainants,

*v.*

BLANCHARD B. STEVENS et al., defendants.

[Decided January 10th, 1935.]

*Messrs. Curry & Purnell, Mr. Byron M. Seabrook* and *Mr. Alexander L. Rogers,* for the complainants.

*Messrs. Glenn & Glenn, Messrs. Cole & Cole, Messrs. Ward & Kremer, Mr. Edward S. Atwater, Jr.,* and *Mr. Robert Erskine,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported in *115 N. J. Eq. 506.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.